

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

ROSE DIAL

Plaintiffs,

v.

HENDERSON GLOBAL INVESTORS
NORTH AMERICA, INC. and
PINNACLE MANAGEMENT
COMPANY, INC.

Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____ 16869

3-07CV1953-P

## NOTICE OF REMOVAL

Defendant Henderson Global Investors North America, Inc. (hereinafter referred to as "Defendant") files this notice of removal pursuant to 28 U.S.C. sections 1441 and 1446, and would respectfully show as follows:

### Commencement and Service

1.     On October 22, 2007, Plaintiff commenced this action against Defendant by filing Plaintiffs' Original Petition in the 191st District Court of Dallas County in Dallas, Texas, styled Cause No. 07-12540, Rose Dial v. Henderson Global Investors North America, Inc. and Pinnacle Management Company, LLC. Defendant Henderson Global Investors North America, Inc. was served on October 24, 2007. To date, Defendant Pinnacle Management Company, LLC has not been served.

2.      Defendant Henderson Global Investors North America, Inc. has answered this suit in the state court.

3.      This notice of removal is filed within thirty days of receipt of the original petition and is timely filed under 28 U.S.C. Section 1446(b).

4.      Defendant are entitled to remove the state court action to this Court pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diversity of citizenship.  Plaintiffs have alleged in their Petition that they are seeking amounts in excess of the minimum jurisdictional limits of this court.

### Diversity of Citizenship

5.      This is an action between parties with diversity of citizenship.  Plaintiff is a resident of Texas.  Henderson Global Investors North America, Inc. is a foreign corporation duly incorporated under the laws of Illinois with its principal place of business located at 737 N. Michigan Ave., Suite 1700, Chicago, Illinois 60611. Defendant Pinnacle Management Company, Inc. is a foreign corporation duly incorporated under the laws of Washington.  To date, Defendant Pinnacle Management Company, Inc. has not been served with process.

### Amount in Controversy

6.      Plaintiffs have alleged in their pleadings that they are seeking damages in excess of the minimum jurisdictional limits, and therefore the matter in controversy exceeds the sum of value of $75,000, exclusive of interest and costs.

**Venue**

7.    Venue lies in the Northern District of Texas, Dallas Division, pursuant to 28

U.S.C. sections 1441(a) and 1446(a), because the Plaintiff filed the state court

action in Dallas County.

**Notice**

8.    Defendant will give notice of the filing of this notice of removal to all parties of

record pursuant to 28 U.S.C. Section 1446(d).  Defendant will also file with the

clerk of the state court and will serve upon Plaintiffs' counsel a notice of the filing

of this notice of removal.

**Consent**

9.    Defendant would state that it is the only entity served with process at the time of

the removal of this action, and therefore, consent is not necessary.  *Getty Oil*

*Corp. v. Ins. Co. of N. Am.*, 841 F.2d 1254, 1261 n. 9 (5th Cir.1988).

**Attachments**

10.    Pursuant to Local Rule 81.1, the following are attached to this Notice as

correspondingly lettered exhibits:

a.    Exhibit "A":    an index of all documents which clearly identifies each

document and indicates the date the document was filed in the state court

action; and

b.    Attached to Exhibit "B" is each document filed in the state court action,

individually tabbed and arranged in chronological order according to the state

court file date.

---

The copies of all process, pleadings, and orders served on Defendant that are required to be attached to this notice by 28 U.S.C. sec. 1446 (a) are included in the Exhibits referenced above.

c.  A separately signed certificate of interested persons that complies with LR 3.1(f).

WHEREFORE, Defendant Henderson Global Investors North America, Inc., pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. Section 1446, removes this action from the 191st  Judicial District Court of Dallas County, Dallas, Texas,  to this Court.

Respectfully submitted,

TUCKER & ASSOCIATES

By: _____

Misty L. Keene
TX State Bar No. 24043353
8144 Walnut Hill Lane
Suite 1550
Dallas, Texas 75231
(214) 932-2750
(214) 932-2775 (Facsimile)

**ATTORNEY FOR DEFENDANT HENDERSON GLOBAL INVESTORS NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record by certified mail, return receipt requested, on the 21st day of November, 2007 as follows:

*Via Certified Mail: CMRRR 7007 0710 0004 7299 6896*
W. Mark Montgomery
PARKER & MONTGOMERY
121 S. Tennessee St.
McKinney, TX 75069

_____
Misty L. Keene



EXHIBIT
"A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE DIAL                                    §
                                             §
          Plaintiffs,                        §
                                             §
v.                                           §
                                             §          CIVIL ACTION NO. _____
                                             §
HENDERSON GLOBAL INVESTORS                   §
NORTH AMERICA, INC. and                      §
PINNACLE MANAGEMENT                          §
COMPANY, INC.                                §
          Defendant.                         §


## INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

| | | |
|---|---|---|
| 1. | Plaintiff's Original Petition | 10/22/2007 |
| 2. | Issuance of Citation | 10/24/2007 |
| 3. | Defendant Henderson Global Investors North America, Inc.'s Original Answer | 11/07/2007 |

EXHIBIT
"B"



SCANNED

Filed
07 October 22 P3:25
Gary Fitzsimmons
District Clerk
Dallas District

CAUSE NO. 07-12540

| | | |
|---|---|---|
| ROSE DIAL | § | IN THE DISTRICT COURT |
|    Plaintiff | § | |
| | § | |
| V. | § | DALLAS COUNTY, TEXAS |
| | § | |
| HENDERSON GLOBAL INVESTORS | § | |
| NORTH AMERICA, INC. AND | § | |
| PINNACLE MANAGEMENT COMPANY, | § | |
| LLC | § | J-191st JUDICIAL DISTRICT |
|    Defendants | § | |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROSE DIAL, hereinafter referred to as Plaintiff, complaining of HENDERSON GLOBAL INVESTORS NORTH AMERICA, INC. AND PINNACLE MANAGEMENT COMPANY, LLC, hereinafter referred to as Defendants; and for cause of action would respectfully show unto the Court as follows:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiffs intend that discovery be conducted under Discovery Level 3.

### PARTIES AND SERVICE

2.    Plaintiff, ROSE DIAL is an Individual whose address is P.O. Box 700325, Dallas, Texas 75370.

3.    Defendant HENDERSON GLOBAL INVESTORS NORTH AMERICA, INC., hereinafter ("HENDERSON"), is a corporation organized under the laws of the State of Illinois. Defendant HENDERSON is authorized to do business in the State of Texas and may be served with

---

process by serving its registered agent, CT Corporation, 350 N. St. Paul, Dallas, Texas 75201.

4.   Defendant PINNACLE MANAGEMENT COMPANY, LLC, hereinafter

("PINNACLE"), is a company organized under the laws of the State of Washington. Defendant

PINNACLE may be served with process by serving its registered agent, Earl Bell, 4202 Meridian

Street, Suite 200, Bellingham, Washington 98228.

### JURISDICTION AND VENUE

5.   The subject matter in controversy is within the jurisdictional limits of this court.

6.   Venue in Dallas County is proper in this cause under Section 15.002(a)(1) of the

Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions

giving rise to this lawsuit occurred in this county.

### FACTS

7.   Plaintiff was a resident of the Champions of North Dallas Apartment complex which

is owned by Defendant and is located at 5050 Haverwood Lane, Dallas, Texas 75287. Champions

is owned by HENDERSON. Champions is managed by PINNACLE.

On or about October 22, 2005, Plaintiff's apartment building burned to the ground

due to electrical problems at Champions of North Dallas Apartment complex. Plaintiff ultimately

lost the entire contents of her apartment including furniture, computers, clothing, artwork,

electronics, and various irreplaceable personal items and collectibles.

On or about October 24, 2005, Plaintiff was informed that HENDERSON GLOBAL

INVESTORS NORTH AMERICA, INC. had made the decision to terminate her lease. Plaintiff was

advised that she would not be compensated in any way for his losses and was forced to move.

---

**PLAINTIFF'S ORIGINAL PETITION**                                                    **Page 2**

### PLAINTIFF'S CLAIM OF NEGLIGENCE - DEFENDANT
### PINNACLE MANAGEMENT COMPANY, LLC

8.    Defendants had a duty to exercise the degree of care that a reasonably careful management company would use to avoid harm to others under circumstances similar to those described herein.

9.    Plaintiff's losses were proximately caused by Defendants' negligent, careless and reckless disregard of said duty.

10.    The negligent, careless and reckless disregard of duty of Defendant PINNACLE consisted of, but is not limited to, the following acts and omissions:

    A.    Failure to make repairs to Plaintiff's apartment in a timely manner after work requests were made;

    B.    Failure to ensure the safety of residents of Champions of North Dallas apartments;

    C.    Failure to inspect electrical wiring of Champions of North Dallas apartment complex prior to the fire that is the subject of this litigation;

    D.    Failure to hire competent employees;

    E.    Failure to properly investigate potential job applicants;

    F.    Failure to properly supervise Defendant's personnel/employees;

    G.    Failure to provide adequate safeguards to prevent the situation that resulted in Plaintiff's damages; and

    H.    Failure to provide adequate oversight for Defendant's employees.

### PLAINTIFF'S CLAIM OF NEGLIGENCE - DEFENDANT
### HENDERSON GLOBAL INVESTORS NORTH AMERICA, INC.

11.    Defendants had a duty to exercise the degree of care that a reasonably careful

---

management company would use to avoid harm to others under circumstances similar to those described herein.

12.     Plaintiff's losses were proximately caused by Defendants' negligent, careless and reckless disregard of said duty.

13.     The negligent, careless and reckless disregard of duty of Defendant HENDERSON consisted of, but is not limited to, the following acts and omissions:

A.     Failure to make repairs to Plaintiff's apartment in a timely manner after work requests were made;

B.     Failure to ensure the safety of residents of Champions of North Dallas apartments;

C.     Failure to inspect electrical wiring of Champions of North Dallas apartment complex prior to the fire that is the subject of this litigation;

D.     Failure to hire competent employees;

E.     Failure to properly investigate potential job applicants;

F.     Failure to properly supervise Defendant's personnel/employees;

G.     Failure to provide adequate safeguards to prevent the situation that resulted in Plaintiff's damages; and

H.     Failure to provide adequate oversight for Defendant's employees.

## AGENCY

14.     At and during the time of the acts and/or omissions complained of herein, any acts and/omissions committed by an agent or representative of Defendant PINNACLE occurred within the actual or apparent authority of such person on behalf of Defendant HENDERSON.

15.     Said Defendant is therefore liable to Plaintiff for the acts and/or omissions of any such agent, representative or employee complained of herein by the virtue of such agency

relationship.

## DAMAGES FOR PLAINTIFF

16.    As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff ROSE DIAL was caused to suffer the following damages which are not exclusive:

A.    Property damage in excess of $75,000.00;

B.    Mental anguish in the past; and

C.    Mental anguish in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that the

Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment

be entered for Plaintiff against Defendant for damages in an amount within the jurisdictional limits

of the Court; together with pre-judgment interest (from the date of injury through the date of

judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of

court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

PARKER & MONTGOMERY

By:

W. MARK MONTGOMERY
Texas Bar No. 14301550
J. BART SMITH
Texas Bar No. 24029840
121 S. Tennessee St.
McKinney, Texas 75069
Tel. (972)562-2212
Fax. (972)562-0166
ATTORNEYS FOR PLAINTIFF
ROSE DIAL

---

PLAINTIFF'S ORIGINAL PETITION



10/04/07

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:
HENDERSON GLOBAL INVESTORS NORTH AMERICA INC
SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
350 NORTH ST PAUL STREET, DALLAS TEXAS 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Dallas, Texas 75202.
Said Plaintiff being **ROSE DIAL**

Filed in said Court **on this the 22nd day of October, 2007** against

**HENDERSON GLOBAL INVESTORS NORTH AMERICA INC**

For suit, said suit being numbered **DC-07-12540**, the nature of which demand is as follows:
Suit On **OTHER (CIVIL)** etc. as shown on said petition    , a copy of which accompanies this citation.   If this citation is not served, it shall be returned unexecuted.
WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **24th day of October, 2007**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _C. Jones_ , Deputy
          **CAROLL JONES**

10 3-3

---

ATTY

# CITATION

No.: **DC-07-12540**

---

**ROSE DIAL**
vs.
**HENDERSON GLOBAL INVESTORS**
**NORTH AMERICA INC, et al**

---

ISSUED
**on this the 24th day of October, 2007**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas
By **CAROLL JONES**, Deputy

---

Attorney for Plaintiff
**BART SMITH**
**TEXAS BAR NO. 24029840**
**121 S TENNESSEE STREET**
**MCKINNEY, TEXAS 75069**
**972-562-2212 TELEPHONE**
**972-562-0166 FAX**



CAUSE NO. 07-12540

| | | |
|---|---|---|
| ROSE DIAL | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 191ST JUDICIAL DISTRICT |
| | § | |
| HENDERSON GLOBAL INVESTORS | § | |
| NORTH AMERICA, INC. and | § | |
| PINNACLE MANAGEMENT | § | |
| COMPANY, INC. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT HENDERSON GLOBAL INVESTORS
## NORTH AMERICA, INC.'S  ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Henderson Global Investors North America, Inc., Defendant in the above-styled and numbered cause, and files this Defendant's Original Answer and for same would show the following:

I.

Defendant enters a general denial and demands a trial by jury of every material issue of fact in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by reason of this suit and that Defendant go hence without day and recover their costs in this behalf expended, and for such other and further relief to which this Defendant may be justly entitled both at law and in equity.

Respectfully submitted,

**TUCKER & ASSOCIATES**
8144 Walnut Hill Lane, Suite 1550
Dallas, Texas  75231
(214) 932-2750
(214) 932-2775 – facsimile

By: _____
MISTY L. KEENE
State Bar No. 24043353

ATTORNEY FOR DEFENDANT
HENDERSON GLOBAL INVESTORS
NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the above and foregoing document was provided to the following counsel of record on this the ___7th___ day of November, 2007, in accordance with the Texas Rules of Civil Procedure:

W. Mark Montgomery                    *Via CMRRR 7007 0710 0004 7299 6827*
PARKER & MONTGOMERY
121 S. Tennessee St.
McKinney, TX 75069

_____
MISTY L. KEENE

# EXHIBIT
## "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE DIAL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO._____ |
| | § | |
| HENDERSON GLOBAL INVESTORS | § | |
| NORTH AMERICA, INC. and | § | |
| PINNACLE MANAGEMENT | § | |
| COMPANY, INC. | § | |
| Defendant. | § | |

## DEFENDANT HENDERSON GLOBAL INVESTORS NORTH AMERICA, INC.'S CERTIFICATE OF INTERESTED PERSONS

Defendant Henderson Global Investors North America, Inc. files this Certificate of Interested Persons and certifies the following pursuant to LR 3.1(f):

1.  The following is a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

       a.  Rose Dial;

       b.  Henderson Global Investors North America, Inc. and any and all affiliates;

       c.  Pinnacle Management Company, Inc. and any and all affiliates.

2.  The full name of every party represented by undersigned is:

       a.  Henderson Global Investors North America, Inc.

3.  The names of all law firms and the partners or associates that are expected to appear in

this Court for the Defendant is:

**Misty L. Keene**          Tucker & Associates, 8144 Walnut Hill Lane, Suite 1550, Dallas,

Texas 75231, Telephone: (214) 932-2750, Facsimile (214) 932-

2775.

4.  The names of all law firms and the partners or associates which are expected to appear

in this Court for the Plaintiff is:

**Rose Dial**       W. Mark Montgomery, PARKER & MONTGOMERY, 121 S. Tennessee
St., McKinney, TX 75069

Respectfully submitted,

**TUCKER & ASSOCIATES**

By: _____
Misty L. Keene
TX State Bar No. 24043353
8144 Walnut Hill Lane
Suite 1550
Dallas, Texas 75231
(214) 932-2750
(214) 932-2775 (Facsimile)

**ATTORNEY FOR DEFENDANT
HENDERSON GLOBAL INVESTORS
NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded to counsel of record by certified mail, return receipt requested, on the 21 st

day of November, 2007 as follows:

*Via Certified Mail: CMRRR 7007 0710 0004 7299 6896*
W. Mark Montgomery
PARKER & MONTGOMERY
121 S. Tennessee St.
McKinney, TX 75069

Misty L. Keene

**JS 44** (Rev. 10/06)

## CIVIL COVER SHEET

3 07CV1953-P

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ORIGINAL

### I. (a) PLAINTIFFS
Rose Dial

### DEFENDANTS
Henderson Global Investors North America, Inc. and Pinnacle Management Company, Inc.

**(b)** County of Residence of First Listed Plaintiff _____Dallas, Texas_____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____Chicago, Illinois_____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
NOV 2 1 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
W. Mark Montgomery, PARKER & MONTGOMERY, 121 E. Tennessee St., McKinney, TX 75069

Attorneys (If Known)
Misty L. Keene, Tucker & Assoc., 8144 Walnut Hill Ln.#1550, Dallas, Tx

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN (Place an "X" in One Box Only)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation    ☐ 7 Judge from Magistrate Judgment |

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

### VI. CAUSE OF ACTION
Brief description of cause:  Alleged negligence resulting in personal property damage.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  75,000+

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

### VIII. RELATED CASE(S) PENDING OR CLOSED (See instructions):
JUDGE _____Gena Slaughter_____
DOCKET NUMBER _____DC-07-12542_____

DATE
11/20/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44a Reverse (Rev. 10/06)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.       (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.      Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.      Origin.** Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**       Example:   U.S. Civil Statute: 47 USC 553
                                                Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.   Related Cases.** This section of the JS 44 is used to reference cases that are related to this filing, if any. **If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases.** A case is "related" to this filing if the case: (1) involves some or all of the same parties and is based on the same or similar claim; (2) involves the same property, transaction, or event; (3) involves substantially similar issues of law and fact; and/or (4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



# United States District Court
## Northern District of Texas
### Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**     **3-07CV1953-P**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.



| **Court** | | **Case Number** |
|---|---|---|
| 191st District Court | RECEIVED | 07-12540 |
| Dallas County, Texas | NOV ? 1 2007 | |
| | CLERK, U.S. DISTRICT COURT | |
| | NORTHERN DISTRICT OF TEXAS | |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| ROSE DIAL | W. Mark Montgomery |
| Plaintiff, | PARKER & MONTGOMERY |
| | 121 S. Tennessee St. |
| | McKinney, TX 75069 |
| | 972-562-2212 |
| | 972-562-0166 - Fax |
| HENDERSON GLOBAL INVESTORS | Misty L. Keene |
| NORTH AMERICA, INC. | State Bar No. 24043353 |
| Defendant. | Tucker & Associates |
| | 8144 Walnut Hill Lane, #1550 |
| | Dallas, Texas 75231 |
| | Telephone: (214) 932-2750 |
| | Facsimile: (214) 932-2775 |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?     **X** Yes  No

    If "*Yes*," by which party and on what date?

    Defendant_____     11/07/2007
    Party                            Date

**Supplemental Civil Cover Sheet**
**Page 2**

4.     **Answer:**

Was an Answer made in State Court?     **X** Yes     No

If "*Yes*," by which party and on what date?

Henderson Global Investors North America, Inc.     11/07/2007
Party                                                                         Date

5.     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|-------|--------------------------|
| Pinnacle Management Company, Inc. | Unknown |

6.     **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
| N/A | |

7.     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| ROSE DIAL<br>Plaintiff | Negligence |