# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN HIGHT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 3:07-CV-1954-P** |
| | § | |
| **HENDERSON GLOBAL INVESTORS** | § | |
| **NORTH AMERICA, INC. and PINNACLE** | § | |
| **MANAGEMENT COMPANY, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER CONSOLIDATING ACTIONS

Now before the Court is Defendant Henderson Global Investors North America, Inc.'s

("Defendant") Motion for Consolidation of Action, filed January 9, 2008.

After a review of the files, the Court has determined that Civil No. 3:07-CV-1954-P has

issues identical to those in Civil No. 3:07-CV-1953-P.   Accordingly, these cases are hereby

**CONSOLIDATED**.

Civil No. 3:07-CV-1954-P is hereby **CLOSED** and all future pleadings shall be filed under

Civil No. **3:07-CV-1953-P**.

**IT IS SO ORDERED.**

Signed this 6th day of March 2008.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE